UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPENCER OWEN YOUNG,
        Petitioner,

                                      No. 1:09-cv-367

-v-

                                      HONORABLE PAUL L. MALONEY

JEFFREY WOODS,
        Respondent.

## JUDGMENT

Having found Petitioner's action for habeas corpus time barred and also having found Petitioner's claim is not protected under the United States Constitution, the petition for writ of habeas corpus is **DISMISSED.**

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**

Date:  June 29, 2009                                 /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge